```
BARBARA MARIE RIZZO (CSBN 172999)
Attorney At Law
P. O. Box 383103
Waikoloa, HI  96738
Telephone:  808-785-6088
Fax:  808-440-0699
E-Mail:  mail@fedlaborlaw.com

Attorney for Plaintiff Stanley J. Ciletti
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STANLEY J. CILETTI, M.D., )<br>)<br>             Plaintiff,    )<br>)<br>       v.                   )<br>)<br>NANCY A. BERRYHILL, Acting  )<br>Commissioner of Social Security, )<br>)<br>             Defendant.    )<br>_____) | Case No.:  3:17-CV-05646-EMC<br><br>STIPULATION AND [PROPOSED] ORDER<br>FOR AN EXTESION OF TIME FOR<br>PLAINTIFF TO FILE HIS MOTION FOR<br>SUMMARY JUDGMENT AND REPLY |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that Plaintiff shall have an extension of time of an additional 18 days to file his motion for summary judgement and an additional 21 days to file his reply brief.  This is the first continuance sought by Plaintiff.

    On October 2, 2017, the Court issued a Procedural Order for Social Security Review Actions. [Docket No. 5].  The Order states that Plaintiff shall file a motion for summary judgment within 28 days of service of Defendant's answer.  Defendant filed the answer on January 8, 2018. [Docket No. 12].  Therefore, Plaintiff's motion for summary judgment is currently due on February 5, 2018.  Plaintiff seeks a brief extension of time of 18

STIPULATION AND [PROPOSED] ORDER        1

days to file his motion for summary judgment.  The new due date for Plaintiff's motion for summary judgment will be February 23, 2018.

    There is good cause for this request.  Plaintiff's counsel has been out sick for several days this month.  Moreover, the Administrative Record in this case is larger than most Social Security cases in that it contains over 1,600 pages including over 1,300 pages of medical records.  Plaintiff's counsel did not represent Plaintiff in any administrative proceedings; therefore, counsel must familiarize herself with the voluminous medical records before filing the motion for summary judgment.  Plaintiff is respectfully requesting additional time up to and including February 23, 2018 to fully review the administrative record and research the issues.

    With the additional time for Plaintiff to file his motion for summary judgment, the Defendant's opposition will now be due on March 23, 2018, and Plaintiff's reply brief will be due on April 6, 2018.  Plaintiff's counsel respectfully requests an additional 21 days to file Plaintiff's reply brief.  There is good cause for this request.  Plaintiff's counsel will be out of the office and out of the country for the entire month of March and the beginning of April, returning to the office on April 9, 2018.  With the 21-day extension, Plaintiff's reply brief will now be due on April 27, 2018.  These requests for extensions of time are made in good faith with no intention to unduly delay the proceedings.

    Respectfully submitted,

Date:  January 31, 2018    "/s/Gina Tomaselli"
    (As authorized by e-mail on 1/31/2018
    GINA TOMASELLI
    Attorney for Defendant

Date:  January 31, 2018    "/s/Barbara Marie Rizzo"
    BARBARA MARIE RIZZO
    Attorney for Plaintiff

STIPULATION AND [PROPOSED] ORDER    2

**ORDER**

APPROVED AND SO ORDERED:

DATED:  2/13/18  _____   _____

HONORABLE EDWARD M. CHEN
U.S. DISTRICT COURT



STIPULATION AND [PROPOSED] ORDER          3